## 57150. COTTON STATES MUTUAL INSURANCE COMPANY v. CROSBY et al.

SHULMAN, Judge.

This court having entered on March 13, 1979, a judgment in the above-styled case (149 Ga. App. 450 (254 SE2d 485)), affirming the judgment of the trial court with direction; and the judgment of this court as to Divisions 1A and 3 having been reversed on certiorari by the Supreme Court in *Cotton States Mut. Ins. Co. v. Crosby,* 244 Ga. 456 (1979), the judgment as to Divisions 1A and 3 heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Deen, C. J., and McMurray, P. J., concur.*

ARGUED JANUARY 10, 1979 — DECIDED NOVEMBER 16, 1979.

*I. J. Parkerson,* for appellant.
*J. Rudolph Jones, W. G. Scrantom, John W. Denney, A. J. Land, William C. Moore, Vincent P. McCauley,* for appellees.